## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**AVA LONETTE WILLIAMS,**

        *Plaintiff*,

**v.**                             **Case No.: 4:25cv70-MW/MAF**

**WARREN JAMES PEARSON,**

        **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5. As noted in the report and recommendation, this Court lacks jurisdiction to hear Plaintiff's claims as she has presented no federal questions, nor has she demonstrated diversity of citizenship to pursue state-law claims under this Court's diversity jurisdiction. Plaintiff objects, asserting she has also alleged a claim of wire fraud under federal law. But Plaintiff, a private actor, is not empowered to prosecute federal criminal charges of wire fraud. Moreover, Plaintiff may not amend her

complaint through filing objections to the report and recommendation.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED for lack of subject matter jurisdiction**." The Clerk shall close the file.

**SO ORDERED on March 3, 2025.**

> **s/Mark E. Walker**
> **Chief United States District Judge**